**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 17 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3:15-cr-65-DJH

**RICHARD WAYNE JOHNSON**

18 U.S.C. § 2251(d)(1)(A)
18 U.S.C. § 2251(d)(2)(B)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253

The Grand Jury charges:

## COUNT 1

On or about January 19, 2012, in the Western District of Kentucky, Oldham County, Kentucky, the defendant, **RICHARD WAYNE JOHNSON**, knowingly transported child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 2

On or about September 13, 2013, in the Western District of Kentucky, Oldham County, Kentucky, the defendant, **RICHARD WAYNE JOHNSON**, knowingly made and published a notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce, a visual depiction, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, such notice and

advertisement being transported, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A), (d)(2)(B) and (e).

The Grand Jury further charges:

## COUNT 3

On or about September 17, 2013, in the Western District of Kentucky, Oldham County, Kentucky, the defendant, **RICHARD WAYNE JOHNSON**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported using any means and facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of 18 U.S.C. §§ 2251(d)(1)(A), 2252A(a)(1), and 2252A(a)(5)(B), as alleged in Counts 1 through 3 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **RICHARD WAYNE JOHNSON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, the following:

1. Sandisk 1 GB card;
2. Two Samsung Micro SD 2 GB cards;
3. JVC full HD camcorder, bearing serial number 137C2951;
4. LG Sprint cell phone, bearing serial number 208KPKN0261229;
5. Sony digital 8 handy cam, bearing serial number 463185;
6. Sylvania 4 GB MP3 player;
7. Dell Inspiron 3520 laptop, bearing serial number 21290361229;
8. HP laptop, bearing serial number 5CD1386Q5R1823;
9. LG LS940 cell phone; and

2

10. all visual depictions which were produced, transported, mailed, shipped or received in violation of the law; all property, real and personal, used or intended to be used to commit or to promote the commission of the offense.

A TRUE BILL.

███████████████

FOREPERSON

*Laura L Hall*
JOHN E. KUHN, JR.
ACTING UNITED STATES ATTORNEY

JEK:JEL:150611

UNITED STATES OF AMERICA v. **RICHARD WAYNE JOHNSON**

## PENALTIES

Count 1:     NL 5 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM life Supervised Release
Count 2:     NL 15 yrs./NM 30 yrs./$250,000/both/NL 5 yrs./NM life Supervised Release
Count 3:     NM 10 yrs. (NM 20 yrs. if prepubescent images)/$250,000/both/NL 5 yrs./NM life supervised release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual         Felony:  $100 per count/individual
              $125 per count/other                       $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA
vs.

RICHARD WAYNE JOHNSON

## INDICTMENT

**Title 18 U.S.C. §§ 2252A(a)(1); 2252A(b)(1); 2251(d)(1)(A); 2251(d)(2)(B); 2251(e); 2252A(a)(5)(B); 2252A(b)(2):**
**Transporting Child Pornography Using a Computer; Making and Publishing a Notice and Advertisement Seeking and Offering to Receive, Exchange, Buy, Produce, Display, Distribute, and Reproduce a Visual Depiction Involving a Minor Engaging in Sexually Explicit Conduct, Using a Computer; Possessing Child Pornography, Transported by a Computer.**

*A true bill* ███████████████████████

███████████████████████
　　　　　　　　　　　　　*Foreperson*

*Filed in open court this 17th day, of June, 2015.*

_____
　　　　　　　　　　　　　*Clerk*

*Bail, $*



**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 17 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY