3:15-CR-65-TBR

To whom it may concern,                                    6/12/17

    My name is Richard Wayne Johnson, my
" and the last 4 digits to my
Social Security # ". I am telling you this because
I need this enclosed letter to the Judge entered into my
case file and I do not know my case #. Please enter
it into my file. Thank you.

                           Sincerely,

FILED JS
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
17 JUN 15 AM 11:08

Dear Judge,                                                                 6/12/17

    I'm humbly writing this knowing you have my fate in your hands. As you know, I have been locked up since September 2013 and took a 17 year deal with the state. Also, the same charges/case I am before you on now, is still an open case at the state level. I heard about a drug case where someone got busted with "Several Kilos" of something, and since the state had an open case, the feds dismissed all charges letting the state convict him. I am asking, is this an option for me? I was hoping it already would be dismissed by now because, the state prosecutor was pushing this to the feds late 2013/early 2014, she acted like the feds were dragging their feet. Finally I got a Detainer late May of 2016 (2 years later). At that time I signed a "6 month quick and speedy". Now I'm in front of you 14 months later, no history of being a "career criminal" or even a previous felony, not even a misdeameaner! I've "kept my nose clean" while being incarcerated also. I've applied/signed up for classes, only to be denied because my state time is 100% (17 years), I am a Fed that has not taken my time and I would "take up a potential spot for someone else". How can someone attempt to better themselves if they won't allow you to take the classes? I have attempted to better myself. I have gotten close to God through this time. Also, last time I was in front of you, I told you I was having palpatations in my heart, well, it has gotten worst. It has now gotten to where my pulse will stop for a few beats atleast a few times/hour. I have put a sick call into the nurse today, but have not told my parents because I don't want them to worry any more than

they already do about this issue. My father has a hereditary cardiac disease that he had open heart surgery on a few years ago called Hypertrophic Cardiomyopathy. When he had it done, only 3 hospitals in the US. did the surgery and the closest is/was The Cleveland Clinic in Ohio. I am having the same symptoms, although they are not as bad yet, but it is there. As I am asking for lienency, please keep these reasons in mind. Thank you for taking the time to read this.

Sincerely,

[signature]

Richard Johnson
208 W. Carlisle St.
Marion, Ky 42064

EVANSVILLE IN 476

13 JUN 2017 PM 2 L



**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 15 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

JAIL MAIL

Office of the Clerk
U.S. District Court
601 W. Broadway
Gene Snyder U.S. Courthouse
Louisville, Ky 40202

40202-224999

17 JUN 15 AM 11: