Re: Case # 3:15-cr-00065-TBR

Dear Honorable Judge Russell;  11-9-17

    I have bounced from cell to cell to avoid trouble with other inmates due to my charges. I have been in Crittenden County since 9-7-2016 and came down to my last cell in General Population on Approx. 7/23/17 when I wrote the US Marshalls to move me. I was requesting Grayson or Oldham since they have a "Protective Custody" for "Sex offenders" cell. The Marshalls called here and I was placed in Isolation where I have remained since 8-5-2017. Oldham County has supposedly opened their new facility and is real close to Louisville. I would like to be moved there because I need to have a few meetings with my attorney and investigator (Laura and John) before my next court appearance. If there is anything you can do to make this happen, I would be forever grateful. Thank you in advance.

                        Sincerely

                        Richard W. Johnson

FILED
17 NOV 13 PM
US DISTRICT
WESTERN DISTRICT OF KY

Richard Johnson
208 W. Carlisle St.
Marion, Ky 42064

Legal

EVANSVILLE IN 476
09 NOV 2017 PM 1 L

Barn Swallow

U.S. District Court
Attn: Sr. Judge Thomas B. Russell
Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Ky 40202

40202-224999

JAIL MAIL




THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2016