```
                                                                  1

 1                     UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF KENTUCKY
 2                          LOUISVILLE DIVISION

 3
     UNITED STATES OF AMERICA,      )     Case No. 3:15-CR-00065-TBR
 4                                  )
              Plaintiff,            )
 5                                  )
         VS.                        )
 6                                  )
     RICHARD WAYNE JOHNSON,         )
 7                                  )     February 8, 2018
              Defendant.            )     Louisville, Kentucky
 8

 9                              * * * * *

10               TRANSCRIPT OF FURTHER PROCEEDINGS
                BEFORE HONORABLE THOMAS B. RUSSELL
11              UNITED STATES SENIOR DISTRICT JUDGE

12                              * * * * *

13   APPEARANCES:

14   For United States:         Jo E. Lawless
                                U.S. Attorney's Office
15                              717 West Broadway
                                Louisville, KY 40202
16
     For Defendant:             Laura R. Wyrosdick
17                              Western Kentucky Federal
                                   Community Defender, Inc.
18                              629 S. 4th Avenue, Suite 200
                                Louisville, KY 40202
19
     [Defendant present.]
20

21
                         Dena Legg, RDR, CRR, CCR-KY
22                          Official Court Reporter
                             232 U.S. Courthouse
23                          Louisville, KY 40202
                                (502) 625-3778
24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.
```

 1     (Begin proceedings in open court at 12:37 p.m.)
 2         THE COURT:  Call the case, please.
 3         DEPUTY CLERK:  Yes, Your Honor.  *United States of*
 4  *America v. Richard Wayne Johnson*, Case Number 3:15-CR-65-TBR.
 5  We are here for further proceedings.
 6         THE COURT:  Who's present for the United States?
 7         MS. LAWLESS:  Jo Lawless on behalf of the United
 8  States.
 9         THE COURT:  For Mr. Johnson?
10         MS. WYROSDICK:  Laura Wyrosdick on behalf of
11  Mr. Johnson, sir, and he's present before the court.
12         THE COURT:  Mr. Johnson, I'm aware that you have some
13  questions.  You have some issues about your counsel.  I think I
14  need to talk to you about that and with your counsel present.
15  And we'll do that in chambers, because I don't think -- some of
16  that information is information that the prosecution should not
17  be hearing, I believe.
18         THE DEFENDANT:  Okay.  Thank you, sir.
19         THE COURT:  So we'll go back in my chambers, and we'll
20  talk about that with the court personnel and Ms. Wyrosdick.  All
21  right?
22         THE DEFENDANT:  Thank you.
23         MS. LAWLESS:  Your Honor, may I be excused or do you
24  want me to wait?
25         THE COURT:  Why don't you wait.  This will take about

```
 1    10 minutes, 15 minutes.
 2              MS. LAWLESS:  All right.  Thank you.
 3              THE COURT:  Thank you.
 4         (Transcript of ex parte hearing to be filed under seal.)
 5         (Proceedings recessed at 12:39 and resumed in open court at
 6    12:46 p.m.  Defendant not present.)
 7              THE COURT:  We're back on the record and I've allowed
 8    Ms. Wyrosdick to withdraw as counsel at the request of her
 9    client, and I'll be appointing new counsel.  And probably what
10    I'll do is -- he's in Henderson.  So it may take a few weeks for
11    that counsel to get down there, review the material, and talk to
12    him.  We'll send an order out setting this for a phone call in
13    about three weeks or so.  And once the counsel gets on board and
14    is ready to proceed, we'll see what the status is then.
15              MS. LAWLESS:  Yes, sir.
16              THE COURT:  And we'll set a sentencing date.
17              MS. LAWLESS:  Thank you.
18              THE COURT:  Thank you.
19              MS. WYROSDICK:  Thank you, sir.
20         (Proceedings concluded at 12:47 p.m.)
21
22
23
24
25
```

4

C E R T I F I C A T E

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

```
        s/Dena Legg                         February 16, 2018
Certified Court Reporter No. 20042A157      Date
Official Court Reporter
```